# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 18-20527-CR-MOORE

UNITED STATES OF AMERICA,

v.

AUGUSTINE ORANUSI,

    Defendant.
_____/

## REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION

THIS CAUSE has been referred to the undersigned to take all necessary and proper action as required with respect any violations of Supervised Release as to Defendant, Augustine Oranusi (ECF No. 122). Upon referral from District Court Judge K. Michael Moore, the matter was set for status hearing for the purpose of determining the need for an evidentiary hearing on the alleged violations. The hearing was attended by counsel for the Government, counsel for Defendant Oranusi, and his supervising U.S. Probation Officer. Mr. Oranusi attended the status conference as well.

Counsel for the Government represented that the Government, with agreement of the Probation Officer, would not be seeking revocation of Mr. Oranusi's supervised release or an evidentiary hearing at which to adduce evidence that the alleged violations occurred. By way of background, a hearing was conducted before the undersigned on Defendant's Motion to modify the conditions of his release (ECF No. 130). Specifically, he had been ordered to comply with a state-court order not to harm his wife following his arrest that forms the underlying alleged violation here; the state court order had expired without action, and Defendant and his wife, it was proffered, wanted him to reside in the marital home. Mrs. Oranusi appeared via videoconference at the hearing and informed me that it was fine with her if he were allowed to

return to the home. In light of her statements at the hearing, and the state's declination of charges relating to that arrest, the Government will not advance evidence that Mr. Oranusi violated his supervised release as alleged, by failing to refrain from new violations of the law. Probation Officer Dinia Jerome appeared at the hearing and concurred with the Government's representation and joined in the recommendation that the Court dismiss the Petition.

Accordingly, and upon the joint recommendation of the Parties, it is the recommendation of the undersigned that the Court DISMISS the Petition (ECF No. 118).

The parties will have fourteen calendar days from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Pursuant to Fed. R. Crim. P. 59(b), Eleventh Circuit Rule 3-1, and accompanying Internal Operating Procedure 3, the parties are hereby notified that failure to object in accordance with 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the District Court's order based on unobjected-to factual and legal conclusions. *See Thomas v. Arn*, 474 U.S. 140 (1985).

RESPECTFULLY SUBMITTED in Chambers at Miami, Florida, this 22nd day of February, 2022.

_____
LAUREN F. LOUIS
**UNITED STATES MAGISTRATE JUDGE**

cc:   The Honorable K. Michael Moore
      Counsel of record